PHILLIP A. TALBERT
Acting United States Attorney
JOSHUA VANN
Special Assistant United States Attorney
Phone: (252) 532-9045

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLEY BROUSSEAU,<br><br>Defendant. | No. 5:16-po-00125-JLT<br><br>**PLEA AGREEMENT FOR DEFERRED ENTRY OF JUDGMENT PURSUANT TO 18 USC §3607** |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the Acting United States Attorney for the Eastern District of California, and Special Assistant United States Attorney Joshua Vann, and Defendant Kimberley Brousseau and her attorney Megan T. Hopkins, have agreed as follows:

**I. Agreements by the Defendant.**

A. The Defendant agrees that this Plea Agreement shall be filed with the Court and become a part of the record of the case.

B. The Defendant agrees to enter a plea of guilty, subject to deferred entry of judgment pursuant to 18 U.S.C. §3607, to Citation No. 3959817, which charges her with Possession of Marijuana in violation of 36 CFR 2.35(b)(2).

C. The Defendant acknowledges that her plea of guilty is voluntary and that no force, threats, promises, or representations have been made to anybody, nor agreement reached, other than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.

1

D. Defendant agrees to pay a five hundred dollar ($500.00) fine, inclusive of all penalty assessments and serve a term of twelve (12) months of unsupervised probation, with conditions to include: paying any fine ordered by the court and the mandatory condition to obey all laws. The term "obey all laws" as used herein means all federal, state and local laws. An offense that can be charged only as an infraction will not be considered a "violation of the law" within the meaning of this agreement.

E. Should the Defendant not be a citizen of the United States, the Defendant hereby acknowledges that adverse immigration consequences, including but not limited to removal from the United States, exclusion from admission into the United States, and/or denial of naturalization in the United States, may result from her plea.

**II. Agreements by the Government.**

A. With respect to Citation No. 3959817, the Government agrees to recommend the sentence set forth above. Specifically, the Government agrees to recommend that entry of judgment be deferred for a period of 12 months, pursuant to 18 U.S.C. §3607. Upon Defendant's successful completion of the 12 month diversionary period and payment of the $500.00 fine, the Government agrees that the Court shall, without entering judgment of conviction, dismiss Citation No. 3959817.

B. The Government agrees to dismiss all remaining citations in the interest of justice at the time Defendant's Guilty Plea is entered.

C. The Government agrees to waive any mandatory appearance requirement for the Defendant upon execution of this agreement.

**III. Nature, Elements, and Possible Defenses.**

The Defendant has read the charges against her contained in Citation No. 3959817, and those charges have been fully explained to her by her attorney. Further, the Defendant fully understands the nature and elements of the crime to which she is pleading guilty, together with the possible defenses thereto, and has discussed them with her attorney.

**IV. Factual Basis.**

The Defendant concedes that she will plead, and is pleading, guilty to the crime set forth

2

in Citation No. 3959817, because she is, in fact, guilty of that offense. The Defendant also agrees that the following are the true and correct facts of this case: on November 22, 2015, at or near Scotty's Castle Road, Mile Marker 35, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, the Defendant, Kimberley Brousseau, did possess less than one ounce of Marijuana, a Controlled Substance, in violation of 36 CFR 2.35(b)(2).

**V. Waiver of Rights.**

The Defendant understands that by pleading guilty she surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against her, she would have the right to a public and speedy trial by a Magistrate Judge.

B. The Judge would find the facts and determine, after hearing all the evidence, whether or not the Judge was persuaded of the Defendant's guilt beyond a reasonable doubt.

C. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and her attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on her own behalf. If the witnesses for the Defendant would not appear voluntarily, she could require their attendance through the subpoena power of the Court. At trial, the Defendant would also have the right to assistance of legal counsel. If she could not afford legal counsel, an attorney would be appointed for her by the Court at no expense to her.

D. At a trial, the Defendant would have a privilege against self-incrimination so that she could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The Defendant understands that by pleading guilty she is waiving all of the rights set forth above, and acknowledges that her attorney has explained to her those rights and the consequences of her waiver of those rights.

VI. Entire Agreement.

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: 1/31/2017

JOSHUA VANN
Special Assistant U.S. Attorney

DATED: 12-22-2016

MEGAN T. HOPKINS
Assistant Federal Defender

DATED: 12/14/16

KIMBERLEY BROUSSEAU
Defendant

ORDER

The plea agreement is approved and the hearing on 2/28/17 is VACATED.

IT IS SO ORDERED.

Dated: 2/1/17

Jennifer L. Thurston
United States Magistrate Judge

4