HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDREW WONG, CA Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KIMBERLY A. BROUSSEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY A. BROUSSEAU,<br><br>Defendant. | Case No. 5:16-po-00125-JLT<br><br>**STIPULATION TO WITHDRAW GUILTY PLEA; [PROPOSED] ORDER** |

      On February 28, 2017, the defendant, Kimberly A. Brousseau, plead guilty to one count of possession of marijuana in violation of 36 CFR 2.35(b)(2), and ordered to pay a fine in the amount of $500.00. As part of his diversionary agreement, the Government will permit Ms. Brousseau to withdraw her guilty plea upon successful completion of a12 month diversionary period and payment of the $500.00 fine, the Government agrees that the Court shall, without entering judgment of conviction, dismiss Citation No. 3949817.

      Ms. Brousseau has paid the restitution in full. The Government has been provided a copy of Ms. Brausseau's payment receipt.

      THEREFORE, and in light of the above information, THE PARTIES HEREBY STIPULATE, through their respective counsel, JOSHUA VANN, Special Assistant United

///

///

States Attorney, counsel for plaintiff, and ANDREW WONG, Assistant Federal Defender, counsel for defendant, KIMBERLY A. BROUSSEAU, to withdraw the defendant's guilty plea entered on February 28, 2017.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: February 7, 2018   By: */s/ Joshua Vann*
JOSHUA VANN
Special Assistant U.S. Attorney


HEATHER E. WILLIAMS
Federal Defender

Dated: February 7, 2018   By: */s/ Andrew Wong*
ANDREW WONG
Attorney for Defendant
KIMBERLY A. BROUSSEAU

IT IS SO ORDERED.

Dated:   **February 8, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE